TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,*
*Shawn Roth*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Roth, | Case No.: |
| Plaintiff, | |
| vs. | **COMPLAINT** |
| Healthcare Collections-I, L.L.C., an Arizona limited liability company, | **JURY TRIAL DEMAND** |
| Defendant. | |

1

NOW COMES THE PLAINTIFF, SHAWN ROTH, BY AND THROUGH COUNSEL, TRINETTE G. KENT, and for his Complaint against the Defendant, pleads as follows:

## JURISDICTION

1. This court has jurisdiction under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692k(d) and 28 U.S.C. §§1331,1337.

## VENUE

2. The transactions and occurrences which give rise to this action occurred in the City of Apache Junction, Maricopa County, Arizona.

3. Venue is proper in the District of Arizona, Phoenix Division.

## PARTIES

4. Plaintiff is a natural person residing in Apache Junction, Maricopa County, Arizona.

5. The Defendant to this lawsuit is Healthcare Collections-I, L.L.C., which is an Arizona limited liability company that maintains its registered agent in the City of Phoenix, in Maricopa County, Arizona.

## GENERAL ALLEGATIONS

6. Defendant is attempting to collect a consumer debt allegedly owed by Plaintiff to Banner Goldfield in the amount of $4,688.00 ("the alleged Debt").

7.  On March 28, 2017, Mr. Roth obtained his Equifax credit file and noticed that Defendant reported the alleged Debt.

8.  On or about April 7, 2017, Mr. Roth submitted a letter to Defendant, disputing the alleged Debt.

9.  On or about October 17, 2017, Mr. Roth obtained his Equifax and Trans Union credit files and noticed that Defendant failed to flag the alleged Debt as disputed on both credit files, in violation of the FDCPA.

10. Mr. Roth suffered pecuniary and emotional damages as a result of Defendant's actions.

## COUNT I

## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT

11. Plaintiff reincorporates the preceding allegations by reference.

12. At all relevant times, Defendant, in the ordinary course of its business, regularly engaged in the practice of collecting debts on behalf of other individuals or entities.

13. Plaintiff is a "consumer" for purposes of the FDCPA, and the account at issue in this case is a consumer debt.

14. Defendant is a "debt collector" under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692a(6).

15.Defendant's foregoing acts in attempting to collect this alleged debt violated the following provisions of the FDCPA:

    a.  15 U.S.C. §1692e(8) by communicating or threatening to communicate to any person credit information which is known or which should be known to be false, including the failure to communicate that a disputed debt is disputed.  Defendant did this when it failed to flag the alleged Debt as disputed on Mr. Roth's Equifax and Trans Union credit files.

16.The Plaintiff has suffered economic, emotional, general, and statutory damages as a result of these violations of the FDCPA.

**WHEREFORE, PLAINTIFF PRAYS** that this court grant him a judgment against Defendant for actual damages, costs, interest, and attorneys' fees.


## DEMAND FOR JUDGMENT RELIEF

Accordingly, Plaintiff requests that the Court grant him the following relief against the Defendant:

a.  Actual damages;

b.  Statutory damages; and

c.  Statutory costs and attorneys' fees.

4

1

## **JURY DEMAND**

Plaintiffs hereby demand a trial by Jury.

DATED:  October 26, 2017



KENT LAW OFFICES


By:   */s/   Trinette G. Kent*
Trinette G. Kent
Attorneys for Plaintiff,
Shawn Roth