TRINETTE G. KENT (State Bar No. 025180)
KENT LAW OFFICES
3219 E. Camelback Rd., #588
Phoenix, AZ 85018
Telephone: (480) 247-9644
Facsimile: (480) 717-4781
E-mail: tkent@kentlawpc.com

Of Counsel to:
Credit Repair Lawyers of America
22142 West Nine Mile Road
Southfield, MI 48033
Telephone: (248) 353-2882
Facsimile: (248) 353-4840

*Attorneys for Plaintiff,
Shawn Roth*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shawn Roth, | Case No.: 2:17-cv-03956-JJT |
| Plaintiff, | Hon. John J. Tuchi |
| vs. | |
| Healthcare Collections-I LLC, | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| Defendant. | |

Plaintiff and Defendant Healthcare Collections-I, LLC, (hereinafter referred to as "HCI"), through counsel undersigned and pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate that the above-captioned action may be dismissed with prejudice against

1

Defendant HCI, only, with each party to bear its own attorneys' fees and costs, in accordance with the form of dismissal order filed concurrently herewith.

DATED: January 11, 2018              KENT LAW OFFICES


By: */s/   Trinette G. Kent*
Trinette G. Kent
*Attorneys for Plaintiff*



JENNINGS, HAUG & CUNNINGHAM, L.L.P.


 /s/ *Robert J. Lamb w/ permission*
James L. Csontos
Robert J. Lamb
*Attorneys for Defendant*

2